# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

137160

LINDA ROBINSON,
   Plaintiff-Appellant,

v

BIRDS EYE FOODS, INC., d/b/a DEAN
FOODS AGRILINK, IVANHOE HUNTLEY
7001 OLR, L.L.C., IVANHOE MAINTENANCE
COMPANY, and IVANHOE MANAGEMENT
COMPANY,
   Defendants-Appellees.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 137160
COA: 277339
Oakland CC: 06-072938-NO

_____/

   On order of the Court, the application for leave to appeal the July 15, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

_____
Clerk

1020